**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CrediautoUSA Financial Company LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Crediauto Financial** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0950118** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**2150 Palomar Airport Road, Suite 208**
**Carlsbad, CA 92011**
Number, Street, City, State & ZIP Code

**San Diego**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.crediautofinancial.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |

Debtor    **CrediautoUSA Financial Company LLC**                              Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **AI CAUSA LLC** _____    Relationship to you    **Affiliate**

District    **Southern CA** _____    When    **3/30/19** _____    Case number, if known    **19-01864-11**

Debtor    **CrediautoUSA Financial Company LLC**                          Case number (*if known*) _____
          Name

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**
                                    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ **No**
**have possession of any**
**real property or personal**        ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                              **Why does the property need immediate attention?** (*Check all that apply.*)

                                              ☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                   What is the hazard? _____

                                              ☐   It needs to be physically secured or protected from the weather.

                                              ☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                              ☐ Other _____

                                              **Where is the property?** _____
                                                                          Number, Street, City, State & ZIP Code

                                              **Is the property insured?**

                                              ☐ **No**

                                              ☐ **Yes.**   Insurance agency   _____

                                                           Contact name       _____

                                                           Phone              _____

■        **Statistical and administrative information**

**13.  Debtor's estimation of**   .    *Check one:*
**available funds**
                                  ■   Funds will be available for distribution to unsecured creditors.

                                  ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14.  Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| **15.  Estimated Assets** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.  Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **CrediautoUSA Financial Company LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 30, 2019**
MM / DD / YYYY

X **/s/ Rafael Gomez**
Signature of authorized representative of debtor

**Rafael Gomez**
Printed name

Title    **President & CEO**

**18. Signature of attorney**

X **/s/ Kit James Gardner**
Signature of attorney for debtor

Date    **March 30, 2019**
MM / DD / YYYY

**Kit James Gardner**
Printed name

**Law Offices of Kit J. Gardner**
Firm name

**501 W. Broadway, Ste 800**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone    **619-525-9900**    Email address    **kgardner@gardnerlegal.com**

**161736**
Bar number and State

# United States Bankruptcy Court
## Southern District of California

In re   **CrediautoUSA Financial Company LLC**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Rafael Gomez**, declare under penalty of perjury that I am the **President & CEO** of **CrediautoUSA Financial Company LLC (the "Company")**, and that a Consent of the Members constituting at least Seventy-Five Percent (75%) of the Company was approved and provides as follows:

"WHEREAS, after due deliberation, the undersigned find that it is in the best interests of Company to file a voluntary petition in bankruptcy pursuant to Chapter 11 of Title 11 of the United States Code and take the other action described herein.

NOW, THEREFORE, IT IS HEREBY RESOLVED that Company may and hereby is authorized to file a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of California and, to the extent such consent is necessary or required, to take any and all other actions necessary or appropriate to preserve its rights and assets including those of its subsidiaries and/or affiliates.

IT IS FURTHER RESOLVED that Company's President & CEO ("President"), is authorized and directed to undertake all acts necessary and incidental to the actions authorized herein including, without limitation, executing all paperwork necessary, delivering all financial information and disclosures, and generally acting on behalf of and representing Company and its subsidiaries and/or affiliates during the course of any bankruptcy proceeding.

IT IS FURTHER RESOLVED that President is authorized and directed to retain the Law Offices of Kit James Gardner ("Firm") to provide pre-bankruptcy planning and consultation services to Company and, upon further instruction and direction from President, file a Chapter 11 bankruptcy petition on Company's behalf and serve as its general bankruptcy counsel in connection therewith. In the event and to the extent that the Firm was retained prior to the date of this Consent, the retention of the Firm is hereby ratified and approved.

RESOLVED FINALLY, that this Consent may be executed in counterparts, including electronic, facsimile, and .pdf signatures, each of which shall be deemed an original, and all of which shall be deemed one and the same instrument."

Date   March 30, 2019

Signed   /s/ Rafael Gomez

**Rafael Gomez**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CrediautoUSA Financial Company LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adriana Rios 8 Bath Street Blairgowrie, Vic 3942 AUSTRALIA** | | **Loan** | | | | **$122,990.00** |
| **Arturo Fernando Alcocer Romo 1325 Pacific Hwy 1503 San Diego, CA 92101** | | **Loan** | **Disputed Subject to Setoff** | | | **$362,000.00** |
| **Arturo Torres Mujica 3A CDA Emilio Carranza 29 San Andres Tetepilco Iztapalap CP 09440 CDMX MEXICO** | | **Loan** | | | | **$74,422.00** |
| **Aurora Uscanga Perezcano Lomas Altas 311 Colonia Lomas Altas, CP 11950 Mexico City, MEXICO** | | **Loan** | | | | **$1,198,618.00** |
| **Carlo Ross Ibsen 15 #801 Chapultepec, Polanco CP 11560 Mexico City, MEXICO** | | **Loan** | | | | **$121,192.00** |
| **Carmen Elisa Rojo de la Vega Paseo del Pedregal 1511 Dept 203, CP 14210 Mexico City, MEXICO** | | **Loan** | | | | **$66,383.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **CrediautoUSA Financial Company LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Christian Ross Ibsen 15 #801 Chapultepec, Polanco, CP 11560 Mexico City, MEXICO** | | **Loan** | | | | **$121,192.00** |
| **Daniel Rassvetaieff Av. Paseo de la Reforma #2654 Int 1003, Col. Lomas Altas CP 11950 CDMX MEXICO** | | **Loan** | | | | **$179,340.00** |
| **Factoring Corporativo Av. Paseo de la Reforma #2654 Int 1003, Col Lomas Altas CP 11950 CDMX MEXICO** | | **Loan** | | | | **$930,228.00** |
| **Federico Weber Av. Paseo de la Reforma #2654 Int 1003, Col Lomas Altas CP 11950 CDMX MEXICO** | | **Loan** | | | | **$286,547.00** |
| **Francisco Javier Pasquel Quint Av. Paseo de la Reforma #2654 Int 1003, Col Lomas Altas CP 11950 CDMX MEXICO** | | **Loan** | | | | **$408,064.00** |
| **Gabriela Garcia Velarde Paseo del Pedregal 1511 Dept 203, CP 14210 Mexico City, MEXICO** | | **Loan** | | | | **$145,463.00** |
| **Guillermo Garcia Velarde Rojo Lomas Altas 311 Colonia Lomas Altas, CP 11950 Mexico City, MEXICO** | | **Loan** | | | | **$794,096.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **CrediautoUSA Financial Company LLC**
       Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marcelo Galan Pizzuto**<br>**Av. Paseo de la Reforma #2654 Int 1003, Col Lomas Altas**<br>**CP 11950 CDMX**<br>**MEXICO** | | **Loan** | | | | **$398,061.00** |
| **Octaviano Padilla Cabezut**<br>**Sierra Amatepec 193, Depto 2 Lomas de Chapultepec, CP 11000**<br>**Mexico City, MEXICO** | | **Loan** | | | | **$66,964.00** |
| **Patricio Pasquel Quintana**<br>**Av. Paseo de la Reforma #2654 Int 1003, Col Lomas Altas**<br>**CP 11950 CDMX**<br>**MEXICO** | | **Loan** | | | | **$812,683.00** |
| **Prisciliano Flores**<br>**10235 Madrid Way, Unit 124**<br>**Spring Valley, CA 91977** | | **Loan** | | | | **$36,775.00** |
| **Robert Tegho**<br>**East 77th St., Apt 5**<br>**New York, NY 10075** | | **Loan** | | | | **$43,295.00** |
| **Sigrid Dias**<br>**3596 Miramontes Cir.**<br>**Wellington, FL 33414** | | **Loan** | | | | **$205,571.00** |
| **Varadero Master Fund LP**<br>**452 5th Ave., 30th Floor**<br>**New York, NY 10018** | | **Loan** | | | | **$95,000.00** |

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Kit James Gardner**
**501 W. Broadway, Ste 800**
**San Diego, CA 92101**
**619-525-9900**
**161736**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**CrediautoUSA Financial Company LLC**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                     TOTAL NO. OF CREDITORS: **86**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.      TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    **March 30, 2019**         **/s/ Rafael Gomez**
                                          **Rafael Gomez/President & CEO**
                                          Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)      A new petition is filed.  Diskette required.

    b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

    a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

    a)      <u>Scannable matrix format required.</u>

    b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Adriana Rios
8 Bath Street
Blairgowrie, Vic 3942
AUSTRALIA


AI CA LLC
405 Lexington Avenue
59th FLoor
New York, NY 10174


AI CAUSA LLC
2150 Palomar Airport Rd
Suite 208
Carlsbad, CA 92011


Alberto Pena Costales
Ejercito Nacional 843
Granada, CP 11520
Mexico City, MEXICO


Apple Financial
PO BOX 30310
Los Angeles, CA 90030


Arena Investors LP
405 Lexington Avenue
59th Floor
New York, NY 10174


Arturo Fernando Alcocer Romo
1325 Pacific Hwy 1503
San Diego, CA 92101


Arturo Torres Mujica
3A CDA Emilio Carranza 29
San Andres Tetepilco Iztapalap
CP 09440 CDMX MEXICO

Asterio Zarate
3824 Jefferson Street
Carlsbad, CA 92008


AT&T
PO Box 6463
Carol Stream, IL 60197


Atlantic Aviation
PO Box 784311
Philadelphia, PA 19178


Aurora Uscanga Perezcano
Lomas Altas 311
Colonia Lomas Altas, CP 11950
Mexico City, MEXICO


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


BCP Capital, S.A.P.I. de C.V.
2302, PH 4
Col. Americana, Guadalajara,
Jalisco MEXICO


Brick FTP
Action Verb LLC
PO Box 29502 # 20898
Las Vegas, NV 89126


CarFax
16630 Collection Center Drive
Chicago, IL 60693


Carlo Ross
Ibsen 15 #801
Chapultepec, Polanco CP 11560
Mexico City, MEXICO

Carlos A. Betanzo
11255 Tierrasante Blvd. #122
San Diego, CA 92124


Carmen Elisa Rojo de la Vega
Paseo del Pedregal 1511
Dept 203, CP 14210
Mexico City, MEXICO


Challenge Recovery
PO Box 1195
San Marcos, CA 92079


Christian Ross
Ibsen 15 #801
Chapultepec, Polanco, CP 11560
Mexico City, MEXICO


Covered California: Small Busi
PO Box 740167
Los Angeles, CA 90074


CUBIC
1310 Rayford Park Road
Suite 302
Spring, TX 77386


Daniel Rassvetaieff
Av. Paseo de la Reforma #2654
Int 1003, Col. Lomas Altas
CP 11950 CDMX MEXICO


DataPage Inc.
PO Box 911188
Los Angeles, CA 90091-1188


Dealertrack, Inc.
PO Box 6129
New York, NY 10249-6129

defi Solutions, Inc.
PO Box 675129
Detroit, MI 48267-5129


Dell Financial Services
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


DOC 401(k) Profit Sharing Plan
2100 Palomar Airport Road
Carlsbad, CA 92011


DropBox
333 Branna Street
San Francisco, CA 94107


Factoring Corporativo
Av. Paseo de la Reforma #2654
Int 1003, Col Lomas Altas
CP 11950 CDMX MEXICO


Farmers Insurance
6301 Owensmouth Ave.
Woodland Hills, CA 91367


Federico Weber
Av. Paseo de la Reforma #2654
Int 1003, Col Lomas Altas
CP 11950 CDMX MEXICO


First Associate Loan Services
10182 Telesis Court
San Diego, CA 92121


Fragomen
P.O. Box 910129
San Diego, CA 92191

Francisco Javier Pasquel Quint
Av. Paseo de la Reforma #2654
Int 1003, Col Lomas Altas
CP 11950 CDMX MEXICO


Gabriela Garcia Velarde
Paseo del Pedregal 1511
Dept 203, CP 14210
Mexico City, MEXICO


Gabriela Saenz de Mier
La Morena 414, Colonia del
Valle Norte, CP 11950
Mexico City, MEXICO


GE Consultants USA
2902 E. Barnwell Street
Oceanside, CA 92054


Glass Ratner Advisory
3445 Peachtree Road, NE
Atlanta, GA 30326


Guillermo Garcia Velarde
16013 Via Galan
Rancho Santa Fe, CA 92091


Guillermo Garcia Velarde Rojo
Lomas Altas 311
Colonia Lomas Altas, CP 11950
Mexico City, MEXICO


Guillermo Garcia Velarde Uscan
16013 Via Galan
Rancho Santa Fe, CA 92091


Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706

ITF Investments
134 E Lasting 77382
Woodlands, TX 77398


Joseph Cooley
717 Seckel Pear Street
Oceanside, CA 92057


Juan Carlos Izquierdo
51 Sandwell Place
Spring, TX 77389


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915


Lauren N. Timmons
6455 La Jolla Boulevard #235
La Jolla, CA 92037


Manuel Fernandez
12358 Carmel Country Road
A303
San Diego, CA 92130


Manuel Fernandez Rodriguez
12358 Carmel Country Rd. A303
San Diego, CA 92130


Marcelo Galan Pizzuto
Av. Paseo de la Reforma #2654
Int 1003, Col Lomas Altas
CP 11950 CDMX MEXICO


Matranga & Company
6255 Lusk Boulevard
Suite 150
San Diego, CA 92121

MediExcel
750 Medical Center Court
Suite 2
Chula Vista, CA 91911


Merrill Communications LLC
NEED STREET ADDRESS
Saint Paul, MN 55108


Octaviano Padilla Cabezut
Sierra Amatepec 193, Depto 2
Lomas de Chapultepec, CP 11000
Mexico City, MEXICO


Pacer Service Center
PO Box 71364
Philadelphia, PA 19176


Patricio Pasquel Quintana
Av. Paseo de la Reforma #2654
Int 1003, Col Lomas Altas
CP 11950 CDMX MEXICO


Pitney Bowes
Purchase Power
PO Box 371847
Pittsburgh, PA 15250-7874


Postage Refill


Principal Life Insurance Co.
PO Box 10372
Des Moines, IA 50306-0372


Printer Repair Depot, Inc
8248 Ronson Road
San Diego, CA 92111

Prisciliano Flores
10235 Madrid Way, Unit 124
Spring Valley, CA 91977


Rafael Gomez Vicencio
887 Pearl Dr.
San Marcos, CA 92078


Rafael Gomez Vicencio
3530 Buckridge Avenue
Carlsbad, CA 92010


Ready Logistics
NEED STREET ADDRESS
Phoenix, AZ 85038-9424


Registry V.R.S.
3010 E. Cedar Drive
Chandler, AZ 85249


Resolution Management GroupLLC
5601 Corporate Way
Suite 117
West Palm Beach, FL 33407


Rick Haskell
41 Long View Rd
Trabuco Canyon, CA 92679


Robert Tegho
East 77th St., Apt 5
New York, NY 10075


Route One
16902 Collections Center Drive
Chicago, IL 60693

SDCCU
2530 El Camino Real
Carlsbad, CA 92008


SDTTC
PO Box 129009
San Diego, CA 92112


Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111


Sigrid Dias
3596 Miramontes Cir.
Wellington, FL 33414


Solutions by Text
15110 Dallas Parkway
Suite 500
Dallas, TX 75248


Stonemark Inc
8501 Wade Boulevard
Suite 620
Frisco, TX 75034


The Hartford
PO Box 660916
Dallas, TX 75266


The Service Bureau
422 East 39th Street
Ogden, UT 84403-1816


Trans Union LLC
PO Box 99506
Chicago, IL 60693

Unattend Workwell Technologies
2777 Loker Ave W
Suite A
Carlsbad, CA 92010-6518


Varadero Master Fund LP
452 5th Ave., 30th Floor
New York, NY 10018


Wells Fargo veder Fin Serv
PO Box 30310
Los Angeles, CA 90030-0310


XCast Labs, Inc.
1880 Century Park East
Suite 1415
Los Angeles, CA 90067


Yellow Pages United
PO Box 50038
Jacksonville Beach, FL 32240-0038


ZTelco
9105 Chesapeake Drive
San Diego, CA 92123

# United States Bankruptcy Court
## Southern District of California

In re **CrediautoUSA Financial Company LLC**

_____
Debtor(s)

Case No. _____

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CrediautoUSA Financial Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 30, 2019**
_____
Date

/s/ Kit James Gardner
_____
**Kit James Gardner**
Signature of Attorney or Litigant
Counsel for   **CrediautoUSA Financial Company LLC**
**Law Offices of Kit J. Gardner**
**501 W. Broadway, Ste 800**
**San Diego, CA 92101**
**619-525-9900 Fax:619-374-2241**
**kgardner@gardnerlegal.com**